FILED

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

18 JUN 12  PM 4: 55

CLERK. U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

| | | |
|---|---|---|
| CHANGEPOINT USA LLC; | § | |
| CHANGEPOINT (CANADA) ULC, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:17-cv-00081-LY |
| | § | |
| DELL GLOBAL B.V. and NTT DATA | § | |
| INTERNATIONAL, LLC | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On this day there was presented to the Court the Joint Stipulation of Dismissal filed by the parties in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Joint Stipulation of Dismissal is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice.

IT IS FURTHER ORDERED that all costs are adjudged against the party incurring same.

SIGNED the 12th day of June, 2018.

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE