IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHANGEPOINT USA LLC;<br>CHANGEPOINT (CANADA) ULC,<br>       PLAINTIFFS,<br><br>V.<br><br>DELL GLOBAL B.V. AND NTT DATA<br>INTERNATIONAL, LLC,<br>       DEFENDANTS. | §<br>§<br>§<br>§   CAUSE NO. A-17-CV-081-LY<br>§<br>§<br>§<br>§<br>§ |

# FINAL JUDGMENT

Before the court is the above entitled cause. On this same date, the court approved the parties' Joint Stipulation of Dismissal with Prejudice by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this __12th__ day of June, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE